IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLIS FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-12-MEF |
| ) | WO |
| TROY W. MASSEY, *et al.*,, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on January 22, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on January 12, 2010 is adopted;

3. This action is DISMISSED for lack of subject matter jurisdiction.

DONE this the 16th day of March, 2010.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE